FILED

JUL 23 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 11-00873-EJD |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| MAURO ARANDA-MORENO | |
| Defendant. | |

In light of the government's motion, the indictment filed under CR No.:11-00873-EJD as to defendant Mauro Aranda-Moreno is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: 7/22, 2013

EDWARD J. DAVILA
United States District Judge

MOTION TO DISMISS INDICTMENT
CR 11-00873-EJD                    2